| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Counsel for Defendant |
| 6 | BRIAN MALDONADO-REYES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00199-DAD-BAM |
|---|---|
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| BRIAN MALDONADO-REYES, | DATE: August 21, 2017 |
| *Defendant.* | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Ross Pearson, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Brian Maldonado-Reyes, that the sentencing hearing now set for August 7, 2017 **be continued to August 21, 2017, at 10:00 a.m.**

Defense proposes this stipulation in order to receive materials in support of Mr. Maldonado-Reyes.

//
//
//
//
//
//

1

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  August 3, 2017

 /s/ *Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated:  August 3, 2017

/s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
BRIAN MALDONADO-REYES

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for August 7, 2017, is continued until **September 5, 2017**, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **August 3, 2017**

UNITED STATES DISTRICT JUDGE