| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Counsel for Defendant |
| 6 | BRIAN MALDONADO-REYES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00199-DAD-BAM |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| BRIAN MALDONADO-REYES, | DATE: September 11, 2017 |
| *Defendant.* | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Ross Pearson, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Brian Maldonado-Reyes, that the sentencing hearing now set for September 5, 2017 **be continued to September 11, 2017, at 10:00 a.m.**

Defense counsel is out of the office and returning September 5, 2017. Additional time is necessary to prepare and file a sentencing memorandum.

//
//
//
//
//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: August 30, 2017  /s/ *Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: August 30, 2017  /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
BRIAN MALDONADO-REYES

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for September 5, 2017, is continued until September 11, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: __**August 30, 2017**__

UNITED STATES DISTRICT JUDGE